IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RUSSELL GAITHER, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:19CV3029 |
| v. | ) | **ORDER** |
| STATE OF GEORGIA, et. al., | ) | |
| Defendant. | ) | |

Plaintiff has filed what appears to be an Amended Complaint (Filing 12) in this closed case. For the reasons stated in the court's previous Memorandum and Order (Filing 11),

IT IS ORDERED:

1. The Clerk of Court shall electronically send Plaintiff's Amended Complaint (Filing 12) to the United States District Court for the Southern District of Georgia;

2. The Clerk of Court shall return to Plaintiff, at his last-known address, the original copy of his Amended Complaint (Filing 12); and

3. Plaintiff shall file no further pleadings, letters, or the like in this closed case.

DATED this 12th day of September, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge